UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-22374-CMA-LMR

BEAZLEY USA SERVICES, INC.,

        Plaintiff,

v.

STEPHAN VIEIRA,

        Defendant.
_____/

**ORDER ON NON-PARTY MOXIE CONSULTING LLC'S MOTION
TO QUASH SUBPOENA TO RAYMOND JAMES**

THIS MATTER came before the Court on Non-Party Moxie Consulting LLC's ("Moxie") Motion to quash a subpoena Plaintiff Beazley USA Services, Inc. served to Raymond James Financial Services Inc. ("Raymond James") dated December 3, 2024 (the "Raymond James Subpoena"), that seeks Moxie's bank records. It is hereby

ORDERED AND ADJUDGED as follows:

1. Moxie's Motion to quash the Raymond James Subpoena is DENIED with respect to Request no. 1 in the Raymond James Subpoena. Plaintiff has demonstrated a substantial need for the documents and Moxie has not established a sufficient burden to preclude production.

2. Moxie's Motion to quash the Raymond James Subpoena is GRANTED only with respect to Request no. 2 in the Raymond James Subpoena.

3. An Amended Protective Order has been entered. Moxie may designate the documents Raymond James produces in response to the Raymond James Subpoena "Attorneys

Eyes Only" pursuant to the Amended Protective Order. This designation can only be amended by agreement of the parties or by Court order.

      4.      Beazley shall edit the subpoena in accordance with this Court's order to include only Request no. 1 as well as any other limits imposed by the Court at the January 15, 2025, Discovery Hearing. Beazley shall serve the amended subpoena and the instant Discovery Order on Raymond James. Moxie shall cooperate as needed with Beazley and Raymond James to facilitate compliance with the subpoena.

      **DONE AND ORDERED** in Miami, Florida, this 27th day of January, 2025.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc:    **Chief U.S. District Judge Cecilia M. Altonaga**; and
       **All Counsel of Record**

       **Stephen Vieira**
       711 Crandon Blvd., Apt. 202
       Key Biscayne, FL 33149
       *Pro Se*