UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-22374-CMA-LMR

BEAZLEY USA SERVICES, INC.,

        Plaintiff,

v.

STEPHAN VIEIRA,

        Defendant.
_____/

## ORDER OVERRULING NON-PARTY PLANNER SERVICES, LLC'S OBJECTION TO SUBPOENA

THIS MATTER came before the Court on Plaintiff Beazley USA Services, Inc.'s ("Plaintiff" or "Beazley") request for an order compelling Non-Party Planner Services, LLC's ("Planner") to comply with a subpoena dated November 15, 2025 (the "Planner Subpoena"), it is hereby,

ORDERED AND ADJUDGED as follows:

1. Beazley served the Planner Subpoena to Planner in this lawsuit, seeking documents relevant to its claims against its former employee Defendant Stephan Vieira. Planner objected to the subpoena on the grounds that certain agreements it entered into, which name Beazley as a party, include choice-of-law and forum selection clauses that provide that any controversy between the parties to those agreements must be brought in Brazil and that the agreements are governed by Brazilian law, which is more restrictive regarding discovery than is U.S. law.

2. Planner's objection to the Planner Subpoena on grounds that the choice-of-law provisions and forum-selection clauses contained in certain agreements is hereby OVERRULED.

The Planner Subpoena was issued in this case, which seeks documents relevant to this case, in which Planner is not a party. The Planner Subpoena is a request for these documents, and not itself a controversy or claim against Planner that may be subject to the clauses relied upon by Planner.

3. Planner shall produce all documents responsive to the requests set forth in the Planner Subpoena within 14 days of entry of this Order.

**DONE AND ORDERED** in Miami, Florida, this 27th day of January, 2025.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: **Chief U.S. District Judge Cecilia M. Altonaga**; and
**All Counsel of Record**

**Stephen Vieira**
711 Crandon Blvd., Apt. 202
Key Biscayne, FL 33149
*Pro Se*